**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 25-CV-61632-RAR**

**EVELYN VASQUEZ VEGA**,

      Petitioner,

v.

**UNITED STATES ATTORNEY GENERAL**
**and WARDEN OF BROWARD**
**TRANSITIONAL CENTER**,

      Respondents.

_____/

## ORDER TO SHOW CAUSE

**THIS CAUSE** comes before the Court on Petitioner Evelyn Vasquez Vega's Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241, [ECF No. 1].  Since Petitioner has paid the filing fee, *see* Clerk's Notice of Receipt, [ECF No. 3], it is hereby

**ORDERED AND ADJUDGED** that Respondent shall show cause why the requested relief should not be granted on or before **August 20, 2025**.[1]  The Response must address all procedural and merits-based issues pertinent to Petitioner's claim.  In doing so, the Response must be accompanied by an appendix which shall include copies of all relevant exhibits.  If Respondent fails to show good cause, the Court may grant Petitioner's requested relief, provided there exists

---

[1] Petitioner challenges her detention in the custody of Immigration and Customs Enforcement ("ICE").  *See generally* Pet.  The Court takes judicial notice of Petitioner's immigration case, which reflects that an immigration judge ordered Petitioner removed on June 9, 2025, and Petitioner never appealed her final removal order to the Board of Immigration Appeals ("BIA") (available at https://acis.eoir.justice.gov/ en/caseInformation (search A-Number: 240-683-439)).  In its Response, Respondent must specifically address whether Petitioner's post-removal detention falls within the presumptively reasonable statutory 90-day period.  *See* 8 U.S.C. § 1231(a)(1)(A)–(1)(B).

support thereof in the record.  Petitioner may, but is not required to, file a Reply **five (5) days** after

the Response is served.  No other pleadings will be allowed.

      **DONE AND ORDERED** in Miami, Florida, this 13th day of August, 2025.

         _____

         **RODOLFO A. RUIZ II**
         **UNITED STATES DISTRICT JUDGE**

cc:    Evelyn Vasquez Vega
       A-240-683-439
       Broward Transitional Center
       Inmate Mail/Parcels
       3900 North Powerline Road
       Pompano Beach, FL 33073
       PRO SE